10/ /05

Dear Clerk:

I just received a notice from the Court, Wolf, D.J., in <u>Matthews v. Allen</u>, U.S.D.C. No. 04-11874-MLW, ordering me to file/mail $5.00 as a filing fee for a habeas petition I filed in 2004.

I need a copy of the petition to see what it says because I never filed any habeas petition in 2004. I need a copy to see if someone filed a petition on my behalf.

Can you please send me a copy of the petition?

Thanks!

[signature]

Lloyd Matthews
P.O. Box 100
S. Walpole, MA 02071

cc: File