Lloyd Matthews
P.O. Box 100
S. Walpole, MA 02071

October 21, 2005

The Hon. Mark L. Wolf
District Court Judge
U.S. District Court
1 Courthouse Way
Boston, MA 02210

Re: <u>Matthews V. Allen,</u>
   No. 04-11874-MLW

Dear Your Honor:

   Today I received a "procedural order" in the above mentioned case, directing me to send the Court $5.00 as a filing fee for a habeas corpus petition I filed in 2004. Since I never filed any habeas petition I asked the Clerk's office to send me a copy of the petition to see if someone filed it on my behalf or whether a mistake has been made.
   Can His Honor please direct the Clerk to send me a copy

of the actual petition in the above-mentioned case?

I thank The Court in advance for Its anticipated cooperation.

Respectfully,
Lloyd Matthews

CC: File

[2]