Lloyd Matthews
P.O. Box 100
S. Walpole, MA 02071

November 1, 2005

Clerk
U.S. District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: <u>Matthews V. Allen</u>,
   No. 04-11874-MLW

Dear Clerk:

I wrote you and Judge Wolf asking for a copy of the habeas petition in the case mentioned above. I received the petition and can tell you that I <u>did not</u> file that petition. Someone signed my name but that is not my case and I did not sign the signature page.

Please dismiss the case. I did not file it. The only habeas case I filed in this court was <u>Matthews V. Pepe</u>, 54 F.3d 909 (1st Cir. 1995).

If you want me to file a

[...] motion, please let me know.

Thanks!
Lloyd Matthews

[2]