```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

LLOYD MATTHEWS,                    )
     Petitioner,                   )
                                   )
          v.                       )   C.A. No. 04-11874-MLW
                                   )
PETER ALLEN,                       )
     Respondent.                   )
```

                                ORDER

WOLF, D.J.                                          April 11, 2006

On November 11, 2005, Lloyd Matthews ("Matthews") filed a letter (Docket No. 6) with this court stating that he did not file the instant petition for habeas corpus or sign it. Accordingly, Matthews requests that the case be dismissed. That request is hereby ALLOWED. Therefore, it is hereby ORDERED that this case is DISMISSED.


                                        /s/ MARK L. WOLF
                                        UNITED STATES DISTRICT JUDGE